IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LNG DEVELOPMENT, LLC, formerly known as SKIPANON NATURAL GAS, LLC, | 3:14-cv-01239-AC |
| | ORDER |
| Plaintiff, | |
| v. | |
| UNITED STATES ARMY CORPS OF ENGINEERS, | |
| Defendant, | |

**BROWN, Judge.**

    Magistrate Judge John V. Acosta issued Findings and Recommendation (#44) on July 28, 2015, in which he recommends this Court grant the United States Army Corps of Engineers' Motion (#20) to Dismiss.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and

1 - ORDER

Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *See Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#44).  Accordingly, the Court **GRANTS** Defendant's Motion (#20) to Dismiss.

IT IS SO ORDERED.

DATED this 31st day of August, 2015.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER